IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

ANDREW ZHANG, on behalf of himself and all others similarly situated,

        Plaintiff,

Case No. 1:24-cv-09354-JPO

   -against-

Standard and Strange,

        Defendant.

-----------------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT STANDARD AND STRANGE ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Standard and Strange, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 8, 2025

                                           HOROWITZ LAW, LLC

                                           _____
                                           Uri Horowitz, Esq.
                                           14441 70th Road
                                           Flushing, NY 11367
                                           Phone: (718) 705-8706
                                           Fax: (718) 705-8705
                                           uri@horowitzlawpllc.com

                                           *Attorney for Plaintiff*

Dated: May 8, 2025

_____
Adam I. Kleinberg, Esq.
**GUERCIO & GUERCIO, LLP**
77 Conklin Street
Farmingdale, NY 11735
Telephone: (516) 694-3000
Email: akleinberg@guerciolaw.com

*Attorney For Defendant Standard and Strange*

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

5/9/2025